UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| JERENDA FAYE HALL, | : | |
| | : | CASE No. 8:06-CV-173-T-27TGW |
| v. | : | |
| | : | |
| HRS HEALTH and REHABILITIES SERVICES | : | |
| _____ | : | |

REPORT AND RECOMMENDATION

The affiant has filed an affidavit of indigency pursuant to 28 U.S.C. 1915, seeking a waiver of the filing fee for her complaint against HRS Health and Rehabilities Services (Doc. 2).

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that she is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

Here, the affiant's complaint is combined with her affidavit of indigency (Docs. 1, 2) and is a rambling and incoherent narrative that does not

contain a decipherable allegation of wrongdoing. In other words, it is unknown what type of claim the affiant is asserting against HRS Health and Rehabilities Services. For example, the complaint contains the frivolous allegation that her children were taken away (Doc. 1, p. 2), but does not explain a claim on that basis.

The affiant has patently failed to satisfy the requirements of Rule 8, F. R. Civ. P. Thus, there is no statement of the grounds upon which the court's jurisdiction depends, and there is not a short and plain statement showing that the plaintiff is entitled to some relief. Consequently, she has failed to allege how she has suffered any legally cognizable injury from actions on the part of HRS Health and Rehabilities Services.

For the foregoing reasons, I recommend that the Motion to Proceed In Forma Pauperis (Doc. 2) be denied and that the case be dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

Respectfully submitted,

DATED: February 6, 2006

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).

-2-