UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERENDA FAYE HALL,

      **Plaintiff,**

v.                                            Case No: 8:06-CV-173-T-27TGW

HRS HEALTH and REHABILITIES
SERVICES,

      **Defendant.**
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson recommending that Plaintiff's motion to proceed *in forma pauperis* be denied and that the case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (Dkt. 4). The Court notes that Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3) This cause is **DISMISSED**.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of February, 2006.

*/s/ J. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Unrepresented Parties